AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of Idaho

| | |
|---|---|
| Allen W. Hodges ) ) ) ) *Plaintiff(s)* ) v. ) Canyon County Sheriff's Office ) Canyon County Coroner ) See Attached Claim ) ) ) *Defendant(s)* ) | Civil Action No. 1:25-CV-00426-REP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Canyon County Sheriff's Office/ Kieran Donohue
1115 Albany St #137
Caldwell, Idaho 83605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Allen Hodges
27803 Old Highway 30
Caldwell, Idaho 83607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEPHEN W. KENYON
*CLERK OF COURT*

Date: 8/5/2025

_D. Van Meer_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| Allen W. Hodges | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25-CV-00426-REP |
| Canyon County Sheriff's Office<br>Canyon County Coroner<br>See Attached Claim | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Canyon County Coroner / Jennifer Crawford
1014 Belmont St
Caldwell, Idaho 83605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Allen Hodges
27803 Old Highway 30
Caldwell, Idaho 83607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEPHEN W. KENYON
*CLERK OF COURT*

Date: 8/5/2025

*D. VanMeer*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| Allen W. Hodges<br><br>*Plaintiff(s)*<br>v.<br>Canyon County Sheriff's Office<br>Canyon County Coroner<br>See Attached Claim<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-CV-00426-REP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steve Rhodes
201 5th St
Wilder, Idaho 83676

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Allen Hodges
  27803 Old Highway 30
  Caldwell, Idaho 83607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEPHEN W. KENYON
*CLERK OF COURT*

Date: 8/5/2025

*Signature of Clerk or Deputy Clerk*
D. Van Meer

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| Allen W. Hodges | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25-CV-00426-REP |
| Canyon County Sheriff's Office<br>Canyon County Coroner<br>See Attached Claim | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bryce Smith
22314 Travis Rd
Wilder, Idaho 83676

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Allen Hodges
27803 Old Highway 30
Caldwell, Idaho 83607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEPHEN W. KENYON
*CLERK OF COURT*

Date: 8/5/2025

D. Van Meer
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| Allen W. Hodges | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25-CV-00426-REP |
| Canyon County Sheriff's Office<br>Canyon County Coroner<br>See Attached Claim | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Darr Anderson
19347 Warbler Way
Caldwell, Idaho 83605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Allen Hodges
27803 Old Highway 30
Caldwell, Idaho 83607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**STEPHEN W. KENYON**

*CLERK OF COURT*

Date: 8/5/2025

*D. Van Meer*

*Signature of Clerk or Deputy Clerk*